#60304

**UNCLAIMED FUNDS**

FILED
2009 SEP -4 PM 1:27
CLERK ... COURT
NORTHERN DISTRICT OF OHIO
CANTON

SEPTEMBER 3, 2009

| | |
|---|---|
| 05-60081 | FRANKLIN TURNER<br>JEANETTE TURNER<br>CREDITOR DID NOT CASH CHECK<br>CHECK #389823 FOR $1.15<br>CREDIT ADJUSTMENT, INC<br>330 FLORENCE ST.<br>PLAZA CENTER MALL<br>DEFIANCE, OH 43512 |
| 04-61850 | BONNIE SCHLATT<br>KELLY SCHLATT<br>CREDITOR DID NOT CASH CHECK<br>CHECK #389821 FOR $4.97<br>CUYAHOGA FALLS GENERAL HOSPITAL<br>PO BOX 75585<br>CLEVELAND, OH 44101 |
| 04-65500 | GARY OSBORNE<br>LAURIE OSBORNE<br>CREDITOR DID NOT CASH CHECK<br>CHECK #389822 FOR $11.04<br>CITIFINANCIAL<br>PO BOX 70919<br>CHARLOTTE, NC 28272-0919 |

```
    0 · *
    1 · 15 +
    4 · 97 +
   11 · 04 +
   17 · 16 *
```